No. 2052. El Pueblo, Apelante, v. Echevarría, Ape-
lado.—Corte de Distrito de Ponce. Resuelto en abril 18,
1923. Robo. Vista la moción presentada por el fiscal, se
le tiene por desistido de la apelación y se anula el señala-
miento de la vista.

No. 2056. El Pueblo, Apelado, v. Martínez, Apelante.—
Corte de Distrito de Humacao. Resuelto en abril 18, 1923.
Abandono de menores. Visto el escrito presentado por el
apelante se le tiene por desistido de la apelación.

No. 2636. Besosa, Apelado, v. Norwich Union Fire In-
surance Society, Ltd., Apelante.—Corte de Distrito, de San
Juan, Primer Distrito. Cobro de honorarios. Resuelto en
abril 20, 1923. Vista la moción de las partes, se deja sin efecto
la audiencia señalada y se desestima la apelación.